UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     Case No. 2:17-cr-39-02
                                     HON. PAUL L. MALONEY

Dion Roy Jolliff

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on November 28, 2017, for an initial appearance and arraignment on the superseding indictment filed November 21, 2017..

The Government requested the defendant be detained pending further proceedings and pretrial services concurred.

Defendant will be given time to consult with his attorney and may request a detention hearing at a later date. Defendant shall be detained pending further proceedings.

     IT IS SO ORDERED.

Dated:   November 28, 2017        */s/ Timothy P. Greeley*
                                                TIMOTHY P. GREELEY
                                                UNITED STATES MAGISTRATE JUDGE